1  LINDA BALDWIN JONES, Bar No. 178922
   ANDREA LAIACONA, Bar No. 208742
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023
   E-mail: courtnotices@unioncounsel.net
6
   Attorneys for Plaintiffs
7

8  KENNETH E. JOHNSON, Bar No. 115814
   kjohnson@tocounsel.com
9  THEODORA ORINGHER MILLER & RICHMAN PC
   2029 Century Park East, Sixth Floor
10 Los Angeles, California 90067-2907
   Telephone 310.557.2009
11 Fax 310.551.0283

12 Attorneys for Defendants

13
                              UNITED STATES DISTRICT COURT
14
                             NORTHERN DISTRICT OF CALIFORNIA
15
                                   SAN FRANCISCO DIVISION
16

17 | PAUL BENSI, BART FLORENCE, JERRY ) | Case No. C 08-4135 (MMC)
   | KALMAR, and LYLE SETTER, in )
18 | their capacities as Trustees of the ) | [PROPOSED] ORDER
   | STATIONARY ENGINEERS LOCAL 39 ) | CONTINUING INITIAL CASE
19 | PENSION TRUST FUND and STATIONARY ) | MANAGEMENT CONFERENCE
   | ENGINEERS LOCAL 39 HEALTH AND ) | AND RELATED DEADLINES
20 | WELFARE FUND, )
                                       )   [L.R. 3-12(a)]
21            Plaintiffs,              )
                                       )   Judge: Honorable Maxine M. Chesney
22       v.                            )   Ctrm: 7, 19th Floor
                                       )
23                                     )
   O'CONNOR HOSPITAL, a California     )
24 Corporation; DAUGHTERS OF CHARITY   )
   HEALTH SYSTEM, a California Corporation, )
25                                     )
                                       )
26            Defendants.              )
                                       )
27
   731782.1/80961.05002
28
   [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES CASE
   NO. C 08-4135 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PURSUANT TO STIPULATION, IT IS ORDERED.

1. The Initial Case Management Conference date of December 5, 2008 at 10:30 a.m and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to January 31, 2009 at 10:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: November 26, 2008

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

119080/513159

731782.1/80961.05002

- 2 -

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES CASE NO. C 08-4135 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001