LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs


KENNETH E. JOHNSON, Bar No. 115814
kjohnson@tocounsel.com
THEODORA ORINGHER MILLER & RICHMAN PC
A Professional Corporation
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone 310.557.2009
Fax 310.551.0283

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>O'CONNOR HOSPITAL, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>Defendants. | Case No. C 08-4135 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L.R. 3-12(a)]**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm: 7, 19th Floor |

///

///

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing Initial CMC and Related Deadlines (CASE NO. C 08-4135 (MMC))

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants O'Connor Hospital, a California Corporation and Daughters Of Charity Health System, a California Corporation ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 60 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for December 5, 2008 at 10:30 a.m. Pursuant to the stipulation of the parties, on November 25, 2008, the Court issued an Order continuing the Initial Case Management Conference to January 30, 2009 in order to afford the parties additional time to explore a possible resolution of this action and review information exchanged. The Court also continued the Initial Case Management Conference in the related case of *Paul Bensi, et al. v. Seton Medical Center, et al.*, C 08-4134 MMC to the same date. A Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines in *Bensi, et al. v. Seton Medical Center, et al.* has been filed concurrently with this Stipulation and [Proposed] Order.

2. At the time the parties requested the most recent continuance of the Initial Case Management Conference (to January 30, 2009), the parties anticipated that they might be able to conclude their review of the information exchanged before the compliance dates for case management-related activities. After Plaintiffs reviewed the additional information, Plaintiffs prepared a draft audit report detailing their findings. On January 21, 2009, Plaintiffs provided Defendants with a copy of Plaintiffs' draft audit report for Defendants' review. Defendant and their counsel need time to review Plaintiffs' audit report.

3. The parties agree that additional time is needed to permit the further review of the newly exchanged information and exploration of a resolution of this action. Counsel for the parties have discussed a possible continuance of the Initial Case Management Conference for a period of 30 to 45 days. The parties believe that an extension of the conference date will afford them the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

1 time to review the information exchanged without the necessity of further litigation time and
2 expense.

3     4.    As noted above, there has been one continuation of the Initial Case Management
4 Conference and related case management activities. The parties expect that the requested
5 extension of the date for the Initial Case Management Conference will have no adverse effect on
6 the schedule for the case. No trial date or other deadlines have yet been set. The requested
7 extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the
8 parties to narrow the issues that may streamline case management.

9     Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as
10 follows:

11     1.    The Initial Case Management Conference date of January 30, 2009 at 10:30 a.m and
12 related deadlines are vacated.

13     2.    The Initial Case Management Conference date is extended to
14 _____ at 10:30 a.m.

15     3.    Related deadlines for ADR and case management activities are extended
16 accordingly, as provided in the Court's Order Setting Initial Case Management Conference and
17 ADR Deadlines.

18 Dated: January 23, 2009

19     WEINBERG, ROGER & ROSENFELD
20     A Professional Corporation

21     By: _____
22     LINDA BALDWIN JONES
    Attorneys for Plaintiffs

24 Dated: January 23, 2009

25     THEODORA ORINGHER MILLER & RICHMAN PC
    A Professional Corporation
26     By: _____
27     KENNETH E. JOHNSON
    Attorneys for Defendants

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 3 -
Stipulation and [Proposed] Order Continuing Initial CMC and Related Deadlines (CASE NO. C 08-4135 (MMC))

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS ORDERED.

3  1. The Initial Case Management Conference date of January 30, 2009 at 10:30 a.m.
4  and related deadlines are vacated.

5  2. The Initial Case Management Conference date is extended to  March 27, 2009
6  at 10:30 a.m.

7  3. Related deadlines for ADR and case management activities are extended
8  accordingly, as provided in the Court's Order Setting Initial Case Management Conference and
9  ADR Deadlines.

11  Dated:  January 26, 2009                            _____
12                                                     THE HONORABLE MAXINE M. CHESNEY
                                                       UNITED STATES DISTRICT JUDGE

14  119080/518103

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Stipulation and [Proposed] Order Continuing Initial CMC and Related Deadlines (CASE NO. C 08-4135 (MMC))