1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

6  Attorneys for Plaintiffs

7

8  KENNETH E. JOHNSON, Bar No. 115814
   kjohnson@tocounsel.com
   THEODORA ORINGHER MILLER & RICHMAN PC
9  2029 Century Park East, Sixth Floor
   Los Angeles, California 90067-2907
10 Telephone 310.557.2009
   Fax 310.551.0283
11
   Attorneys for Defendants
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>O'CONNOR HOSPITAL, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>　　　　Defendants. | Case No. C 08-4135 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L.R. 3-12(a)]**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm: 7, 19th Floor |

746725.1/80961.05002

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
**CASE NO. C 08-4135 (MMC)**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants O'Connor Hospital and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 45 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for December 5, 2008 at 10:30 a.m. Pursuant to three successive stipulations of the parties, this Court previously issued Orders continuing the Initial Case Management Conference in order to afford the parties additional time to explore a possible resolution of this action and review information exchanged. The Initial Case Management Conference is now scheduled for May 8, 2009. The Court also continued the Initial Case Management Conference in related case *Paul Bensi, et al. v. Seton Medical Center, et al.*, C 08-4134 MMC to the same date. A Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines in *Bensi v. Seton Medical Center* has been filed concurrently with this Stipulation and [Proposed] Order.

2. As stated in the previous stipulation for a continuance, Defendants provided additional business records to the Plaintiffs after this lawsuit was filed, following which Plaintiffs completed and provided Defendant with a draft audit report, summarizing their preliminary findings. Following Defendants' review of the audit report, Defendants provided Plaintiffs and their counsel with its preliminary response and with copies of additional documents to confirm their response. Counsel for Plaintiffs and Defendants conferred on April 17, 2009, and made progress in narrowing the factual and legal issues raised by the draft audit report, and in defining the additional documentation required to confirm Defendants' responses to certain issues. Defendants' counsel provided Plaintiff's counsel with additional documents on April 28, 2009, and

746725.1/80961.05002

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES                                        CASE NO. C 08-4135 (MMC)**

expects to provide additional documents to Plaintiff's counsel within the coming week. Plaintiffs and their counsel will need time to review and analyze these additional materials. The parties anticipate that this mutual and cooperative exchange of information will facilitate the likelihood of settlement, or at the very least assist in identifying any factual or legal issues that require resolution by the Court.

3. The parties agree that additional time is needed to permit the further review of the newly exchanged information and exploration of a resolution of this action. Counsel believe that an extension of the Initial Case Management Conference date for a period of 45 days will afford them the time to review the information exchanged without the necessity of further litigation time and expense.

4. As noted above, there have been three continuations of the Initial Case Management Conference and related case management activities in this case. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange information about their respective positions that may streamline case management.

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of May 8, 2009 at 10:30 a.m and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to _____ at 10:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

746725.1/80961.05002

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**    **CASE NO. C 08-4135 (MMC)**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Dated: April 29, 2009

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By: _____
                    LINDA BALDWIN JONES
                    Attorneys for Plaintiffs

Dated: April 29, 2009

                THEODORA ORINGHER MILLER & RICHMAN PC

                By: _____
                    KENNETH E. JOHNSON
                    Attorneys for Defendants

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference date is extended to _____, at 10:30 a.m.

Dated: _____     _____
                                            THE HONORABLE MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT JUDGE

746725.1/80961.05002

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES           CASE NO. C 08-4135 (MMC)


Dated: April 29, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: April 29, 2009

THEODORA ORINGHER MILLER & RICHMAN PC

By: /s/ Kenneth E. Johnson
KENNETH E. JOHNSON
Attorneys for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference date is extended to June 26, 2009, at 10:30 a.m.

Dated: April 30, 2009

/s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

746725.1/80961.05002

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4135 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001