1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

6  Attorneys for Plaintiffs

7
   KENNETH E. JOHNSON, Bar No. 115814
8  kjohnson@tocounsel.com
   THEODORA ORINGHER MILLER & RICHMAN PC
9  2029 Century Park East, Sixth Floor
   Los Angeles, California 90067-2907
10 Telephone 310.557.2009
   Fax 310.551.0283
11
   Attorneys for Defendants
12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16
   PAUL BENSI, BART FLORENCE, JERRY      )   Case No. C 08-4135 (MMC)
17 KALMAR, and LYLE SETTER, in           )
   their capacities as Trustees of the   )   **STIPULATION AND [PROPOSED]**
18 STATIONARY ENGINEERS LOCAL 39         )   **ORDER CONTINUING INITIAL**
   PENSION TRUST FUND and STATIONARY     )   **CASE MANAGEMENT**
19 ENGINEERS LOCAL 39 HEALTH AND         )   **CONFERENCE AND RELATED**
   WELFARE FUND,                         )   **DEADLINES**
20                                        )
              Plaintiffs,                 )   **[L.R. 3-12(a)]**
21                                        )
           v.                             )   Judge: Honorable Maxine M. Chesney
22                                        )   Ctrm:  7,  19th Floor
                                          )
23 O'CONNOR HOSPITAL, a California        )
   Corporation; DAUGHTERS OF CHARITY     )
24 HEALTH SYSTEM, a California Corporation,)
                                          )
25                                        )
              Defendants.                 )
26 _____)

27

   746725.1/80961.05002
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES                                                    CASE NO. C 08-4135 (MMC)

1    Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are

2   Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local

3   39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"),

4   and Defendants O'Connor Hospital and Daughters Of Charity Health System ("Defendants"),

5   through their respective counsel, hereby stipulate to and request that the Court order that the Initial

6   Case Management Conference and related deadlines be continued for a period of 30 to 45 days.

7         1.       Pursuant to the Court's Order Setting Initial Case Management Conference

8   and ADR Deadlines, the Initial Case Management Conference in this action was set for December

9   5, 2008 at 10:30 a.m.  Pursuant to four successive stipulations of the parties, this Court previously

10  issued Orders continuing the Initial Case Management Conference in order to afford the parties

11  additional time to explore a possible resolution of this action and review information exchanged.

12  The Initial Case Management Conference is now scheduled for June 26, 2009.  The Court also

13  continued the Initial Case Management Conference in related case *Paul Bensi, et al. v. Seton

14  Medical Center, et al.*, C 08-4134 MMC to the same date.  A Stipulation and [Proposed] Order

15  Continuing Initial Case Management Conference and Related Deadlines in *Bensi v. Seton Medical

16  Center* has been filed concurrently with this Stipulation and [Proposed] Order.

17        2.       As stated in the previous stipulation for a continuance, Defendants provided

18  additional business records to the Plaintiffs after this lawsuit was filed, following which Plaintiffs

19  completed and provided Defendant with a draft audit report, summarizing their preliminary

20  findings.  Following Defendants' review of the audit report, Defendants provided Plaintiffs and

21  their counsel with its preliminary response and with copies of additional documents to confirm

22  their response.   Counsel for Plaintiffs and Defendants have conferred on several subsequent

23  occasions, and have made substantial progress in narrowing the factual and legal issues raised by

24  the draft audit report.  Plaintiffs, their counsel, and the Trust Fund auditors need additional time to

25  review and analyze records regarding one remaining issue that the parties are attempting to resolve

26  

27  

28  

746725.1/80961.05002

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES                                                           CASE NO. C 08-4135 (MMC)

on a voluntary basis.  The parties anticipate that the continued mutual and cooperative exchange of information will facilitate the likelihood of settlement, or at the very least assist in narrowing the factual or legal issues that require resolution by the Court.

3.      The parties agree that additional time is needed to permit the further review of the newly exchanged information and exploration of a resolution of this action.  Counsel believe that an extension of the Initial Case Management Conference date for a period of 30 to 45 days will afford them the time to review the information exchanged without the necessity of further litigation time and expense.

4.      As noted above, there have been four continuations of the Initial Case Management Conference and related case management activities in this case.  The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case.  No trial date or other deadlines have yet been set.  The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange information about their respective positions that may streamline case management.  Due to counsel's unavailability on August 14th, 21st, and 28th, the parties request that the Court avoid setting the Initial Case Management Conference on said dates.

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1.      The Initial Case Management Conference date of June 26, 2009 at 10:30 a.m and related deadlines are vacated.

2.      The Initial Case Management Conference date is extended to _____ at 10:30 a.m.

3.      Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: June 19, 2009

746725.1/80961.05002

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**                                                          **CASE NO. C 08-4135 (MMC)**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

2

3

By:  /s/ Linda Baldwin Jones
       LINDA BALDWIN JONES

4

       Attorneys for Plaintiffs

5

6

Dated: June 19, 2009

7

THEODORA ORINGHER MILLER & RICHMAN PC

8

9

By:  /s/ Kenneth E. Johnson
       KENNETH E. JOHNSON
       Attorneys for Defendants

10

11

12

13

**[PROPOSED] ORDER**

14

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management

Conference date is extended to ___August 7, 2009___, at 10:30 a.m.

15

16

Dated: ___June 22, 2009___

17

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

1/534761

746725.1/80961.05002

28

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES                                            CASE NO. C 08-4135 (MMC)**