| | |
|---|---|
| 1 | LINDA BALDWIN JONES, Bar No. 178922 |
| | KRISTINA M. ZINNEN, Bar No. 245346 |
| 2 | WEINBERG, ROGER & ROSENFELD |
| | A Professional Corporation |
| 3 | 1001 Marina Village Parkway, Suite 200 |
| | Alameda, California 94501-1091 |
| 4 | Telephone 510.337.1001 |
| | Fax 510.337.1023 |
| 5 | E-mail: courtnotices@unioncounsel.net |

Attorneys for Plaintiffs

KENNETH E. JOHNSON, Bar No. 115814
kjohnson@tocounsel.com
THEODORA ORINGHER MILLER & RICHMAN PC
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone 310.557.2009
Fax 310.551.0283

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> O'CONNOR HOSPITAL, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation, <br><br> Defendants. | Case No. C 08-4135 (MMC) <br> ORDER APPROVING **STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO ALLOW APPEARANCE BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **[L.R. 3-12(a)]** <br><br> Judge: Honorable Maxine M. Chesney <br> Ctrm: 7, 19th Floor |

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants O'Connor Hospital and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court allow counsel to appear by telephone at the Initial Case Management Conference, now scheduled for August 7, 2009, at 10:30 a.m.

This Stipulation is requested on the ground that counsel for Defendants, Kenneth E. Johnson, is located in Southern California. Both parties agree that a telephonic appearance is appropriate, in the interest of avoiding the expense of travel for the Conference.

If the Court grants the stipulation to allow Mr. Johnson to appear by telephone, Plaintiffs' counsel, Linda Baldwin Jones, also requests permission to appear by telephone, again in the interest of avoiding the additional time and expense required for a personal appearance.

Dated: July 31, 2009

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Linda Baldwin Jones
            LINDA BALDWIN JONES
            Attorneys for Plaintiffs

Dated: July 31, 2009

        THEODORA ORINGHER MILLER & RICHMAN PC

        By: /s/ Kenneth E. Johnson
            KENNETH E. JOHNSON
            Attorneys for Defendants

119080/539326

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for the parties shall

3  be permitted to appear by telephone at the Initial Case Management Conference, now scheduled

4  for August 7, 2009, at 10:30 a.m.

6  Dated: August 4, 2009          _____
                                   THE HONORABLE MAXINE M. CHESNEY
7                                  UNITED STATES DISTRICT JUDGE