LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>O'CONNOR HOSPITAL, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>Defendants. | Case No. C 08-4135 (MMC)<br><br>**PLAINTIFFS CERTIFICATION REGARDING SETTLEMENT**<br><br>AND ORDER THEREON |

On November 3, 2009, the Court issued an Order of Dismissal to take effect within ninety days of said Order or February 1, 2010. The parties are in the process of obtaining all signatures on the Settlement Agreement and Mutual Release and will have the settlement transaction completed within 30 days from the date of this Certification Regarding Settlement. Upon the completion of the settlement transaction, the parties will file a stipulation (and proposed order) to dismiss the action with prejudice. In light of the foregoing, Plaintiffs hereby submit this

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Certification Regarding Settlement and request that the Court continue the ninety day Order of Dismissal for an additional 30 days in order to allow the parties time to complete the settlement transaction.

Dated: January 27, 2010

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Linda Baldwin Jones
            LINDA BALDWIN JONES
            Attorneys for Plaintiffs

119080/558547

Dated: January 29, 2010

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001