LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs


KENNETH E. JOHNSON, Bar No. 115814
kjohnson@tocounsel.com
THEODORA ORINGHER MILLER & RICHMAN PC
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone 310.557.2009
Fax 310.551.0283

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>O'CONNOR HOSPITAL, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>　　　Defendants. | Case No. C 08-4135 (MMC)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE;** [PROPOSED] **ORDER THEREON**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm: 7, 19th Floor |

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate that pursuant to Settlement Agreement and Mutual Release, this action shall be dismissed, with prejudice, with each party to bear his and its own costs, expenses, and attorneys' fees.

Dated: January 12, 2010

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: Feb. 2, 2010

THEODORA ORINGHER MILLER & RICHMAN PC

By: _____
KENNETH E. JOHNSON
Attorneys for Defendants

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is dismissed with prejudice, each party to bear his and its own costs, expenses, and attorneys' fees.

Dated: February 4, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE