LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs


KENNETH E. JOHNSON, Bar No. 115814
kjohnson@tocounsel.com
THEODORA ORINGHER MILLER & RICHMAN PC
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone 310.557.2009
Fax 310.551.0283

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>          Plaintiffs,<br><br>     v.<br><br>O'CONNOR HOSPITAL, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>          Defendants. | Case No. C 08-4135 (MMC)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm:  7,  19th Floor |

1    Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as

2    Trustees of the Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local

3    39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center and Daughters Of

4    Charity Health System ("Defendants"), through their respective counsel, hereby stipulate that

5    pursuant to Settlement Agreement and Mutual Release, this action shall be dismissed, with

6    prejudice, with each party to bear his and its own costs, expenses, and attorneys' fees.

7

8    Dated: January *12*, 2010

9                                    WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation
10
11                                   By: _____
                                         LINDA BALDWIN JONES
12                                       Attorneys for Plaintiffs

13

14   Dated: ~~January~~ *feb 2*, 2010

15                                   THEODORA ORINGHER MILLER & RICHMAN PC

16                                   By: _____
                                         KENNETH E. JOHNSON
17                                       Attorneys for Defendants

18

19

20                                   [PROPOSED] ORDER

21        PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is dismissed with

22   prejudice, each party to bear his and its own costs, expenses, and attorneys' fees.

23

24   Dated:  February 4, 2010

25                                   _____
                                     THE HONORABLE MAXINE M. CHESNEY
26                                   UNITED STATES DISTRICT JUDGE

27

28